IN THE SUPREME COURT OF TENNESSEE
AT JACKSON

STATE OF TENNESSEE           )     FOR PUBLICATION
                             )
                             )     NO. 02-S-01-9112-CR-00064
V.                           )
                             )
                             )     SHELBY COUNTY
DAVID KEEN                    )

FILED

July 8, 1996

Cecil Crowson, Jr.
Appellate Court Clerk

OPINION ON PETITION TO REHEAR

          On May 23, 1994, this Court affirmed petitioner's conviction for first-degree murder and remanded the cause for re-sentencing.

          Subsequently, the petitioner filed a timely petition pursuant to Rule 39, Tenn. R. App. P. for a rehearing.

          We grant the petition to rehear and remand the cause to the trial court for the conduct of a sentencing hearing consonant with our holding in State v. Richard Odom.

          Enter this the _____ day of _____, 1996.

                         PER CURIAM